UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

DAVID C. THOMPSON,

Plaintiff,

v.

ISIDRO BACA et al.,

Defendants.

Case No. 3:17-cv-00670-RCJ-WGC

ORDER

On August 28, 2018, this Court issued a screening order and directed Plaintiff to file a first amended complaint within 30 days from the date of that order or the case would be dismissed with prejudice for failure to state a claim. (ECF No. 8 at 22-23). Plaintiff now files a motion for an extension of time to file his amended complaint. (ECF No. 10). Plaintiff seeks an additional 45 days to file his amended complaint. (*Id.* at 1). The Court now grants the motion. Plaintiff shall file his amended complaint on or before Tuesday, November 13, 2018.

For the foregoing reasons, it is ordered that the motion for extension of time (ECF No. 10) is granted.

It is further ordered that Plaintiff shall file his amended complaint on or before Tuesday, November 13, 2018.

///

///

///

It is further ordered that, if Plaintiff fails to file an amended complaint curing the deficiencies outlined in the screening order (ECF No. 8), this action shall be dismissed with prejudice for failure to state a claim.

DATED THIS 10th day of September 2018.

*William G. Cobb*
UNITED STATES MAGISTRATE JUDGE