# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DAVID C. THOMPSON,<br><br>        Plaintiff,<br><br>vs.<br><br>ISIDRO BACA, *et al.,*<br><br>        Defendants. | Case No.: 3:17-CV-00670-RCJ-WGC<br><br>**ORDER** |

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Dismiss (ECF No. 77) is **GRANTED.**

**IT IS FURTHER ORDERED** that Defendant **May** is **DISMISSED** from this case.

**IT IS SO ORDERED**.

Dated this 19th day of May, 2021.

                                                                    ROBERT C. JONES
                                                         United States District Judge