UNITED STATES DISTRICT CCOURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| DAVID THOMPSON, | ) | Case No.: 3:17-CV-00670-RCJ-WGC |
| Plaintiff, | ) ) | ORDER ADOPTING AND ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE (ECF NO. 76) |
| vs. | ) | |
| ISIDRO BACA, *et al.*, | ) | |
| Defendants. | ) | |

Before the Court is the Report and Recommendation of United States Magistrate Judge William G. Cobb (ECF No. 76[1]) entered on May 11, 2021, recommending that the Court grant Defendant Sorich's Motion for Partial Summary Judgment with respect to the First Amendment legal mail claim in the First Amended Complaint (ECF Nos. 62, 64). Plaintiff filed his Objections to Report and Recommendation (ECF No. 78) on May 17, 2021 and Defendants filed an Opposition to Plaintiff's Objection to Magistrate Judge's Report and Recommendation (ECF No. 80) on June 1, 2021.

---

[1] Refers to Court's docket number.

1

This action was referred to Magistrate Judge Cobb under 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

The Court has conducted its *de novo* review in this case, has fully considered the pleadings and memoranda of the parties including the parties' objections to the Report and Recommendation and other relevant matters to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2.

**IT IS HEREBY ORDERED** that United States Magistrate Judge Cobb's Report and Recommendation (ECF No. 76), shall be **ADOPTED and ACCEPTED**.

**IT IS FURTHER ORDERED** that Defendants' Partial Motion for Summary Judgment (ECF No. 62) is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff's request to strike the portion of the motion and Henley's declaration referring to "piggybacking" is **DENIED**.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall enter judgment accordingly.

**IT IS SO ORDERED.**

Dated this 9th day of August, 2021.

_____
ROBERT C. JONES
United States District Judge