1
2
3
4
5
6
7
8
9        **UNITED STATES DISTRICT COURT**
10                  **DISTRICT OF NEVADA**
11   DAVID THOMPSON,
                                                Case No.  3:17-cv-00670-RCJ-CSD
12                    Plaintiff,
13   vs.                                                      **ORDER OF**
                                                    **DISMISSAL WITH PREJUDICE**
14   ISIDRO BACA, et al.,
15                  Defendants.
16          Plaintiff, David Thompson, in pro se and Defendants Isidro Baca, John Coleman, George Sorich,
17   Brian Ward, and Harold Wickham, by through counsel, Aaron D. Ford, Attorney General of the State of
18   Nevada, and Douglas R. Rands, Deputy Senior Attorney
19   ///
20   ///
21   ///
22   ///
23   ///
24   ///
25   ///
26   ///
27   ///
28   ///

1  General, hereby stipulate that the above-captioned action should be dismissed with prejudice by order of

2  this Court, with each party to bear his own costs.

3  DATED this _19_ day of August, 2022            DATED this _19_ day of August, 2022

4                                                 AARON D. FORD
                                                  Attorney General
5

6  By: _____                 By: _____
         DAVID THOMPSON #66826                           DOUGLAS R. RANDS, Bar No. 3572
7        *Plaintiff Pro Se*                              Senior Deputy Attorney General

8                                                 *Attorneys for Defendants*

9

10

11                                                **IT IS SO ORDERED.**

12

13                                                _____
                                                  **US DISTRICT JUDGE**
14                                                **DATED:** _August 25, 2022_

15

16

17

18

19

20

21

22

23

24

25

26

27

28